IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOLTON GIBSON                                                                               PLAINTIFF

v.                              CASE NO. 5:15-CV-00386 BSM

GRAPHIC PACKAGING INT'L, INC.
and MONDI BAGS USA, LLC                                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs.

IT IS SO ORDERED this 1st day of November 2017.

_____
UNITED STATES DISTRICT JUDGE